# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KALIB J. DELVALLE**                                                                                    **PLAINTIFF**
**REG #20985-045**

**V.**                              **NO: 2:16CV00096 KGB/PSH**

**STANLEY GATCHEL,** *et al.*                                                                **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Kalib J. Delvalle filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 6, 2016 (Doc. No. 1). On September 6, 2016, the undersigned recommended dismissal of Delvalle's complaint for failure to state a claim upon which relief may be granted. *See* Doc. No. 16. On March 28, 2017, District Judge Baker adopted the undersigned's findings but did not dismiss the case. Instead, the Court gave Delvalle 30 days to file an amended complaint. *See* Doc. No. 23. Delvalle was cautioned that failure to file an amended complaint within that time would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Delvalle has not complied with the March 28 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Delvalle's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 10th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE