IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| KALIB J. DELVALLE<br>REG #20985-045 | PLAINTIFF |
| v.      Case No.: 2:16-cv-00096-KGB/PSH | |
| STANLEY GATCHEL, *et al.* | DEFENDANTS |

## ORDER

The Court has received Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 24). No objections have been filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendation, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id.*). Therefore, Mr. Delvalle's complaint is dismissed without prejudice (Dkt. No. 1).

So ordered this the 13th day of July, 2018.

_____
Kristine G. Baker
United States District Judge