IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KALIB J. DELVALLE**  **PLAINTIFF**
**REG #20985-045**

v.   Case No.: 2:16-cv-00096-KGB/PSH

**STANLEY GATCHEL**, *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this the 13th day of July, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge